MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282381)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
ARASH AKBARIEH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH AKBARIEH, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CHICO, a public entity, CHICO CHIEF OF POLICE KIRK TROSTLE, in his individual and official capacities, POLICE OFFICER MICHAEL CALDWELL, POLICE OFFICER JARED CUMBER, individually, and DOES 2 through 10, Jointly and Severally, <br><br> Defendants. | Case No. 2:13-CV-01816-KJM-DAD <br><br> **STIPULATION AND ORDER RE: TRIAL TESTIMONY OF KEVIN STONE, M.D., BY VIDEO DEPOSITION** |

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE as follows:

     Trial is scheduled to begin in this case on February 8, 2016.  (Doc. 35).  Plaintiff's treating orthopedic surgeon, Kevin Stone, M.D., has informed Plaintiff's counsel that he is unavailable to testify in person at the trial of this matter, as he will be attending conferences out of state from February 3 through 7, 2016, and out of the country from February 15 through 19, 2016.  Dr. Stone states that he must be in his office otherwise during that month, given his travel schedule.  Dr. Stone states that he is a sole practitioner in a private surgical and rehabilitation practice in San Francisco, and often must do urgent orthopedic surgeries for his patients.  He states that requiring his testimony in person would present a hardship for him and his patients.  He is willing to provide trial testimony by video deposition taken at his office.  However, he is unavailable before the close of expert discovery on August 21, 2015, as he will be away next week until August 28, 2015.  Dr. Stone is willing to make himself available for trial deposition by video at his office at a mutually agreed date and time.  (See attached Declaration of Kevin R. Stone, M.D. in Support of Request for Trial Testimony by Video Deposition).

     Plaintiff is willing to pay the court reporter and videographer's costs of the trial deposition by video of Dr. Stone, and any fee Dr. Stone requires for the trial deposition, while reserving all rights to reimbursement of those expenses in the event he prevails in this matter, as allowed by the Federal Rules of Civil Procedure, the United States Code, this Court's local rules, and as otherwise allowed by law.

     Accordingly, all parties hereby stipulate and request that this Court permit the parties to complete the trial deposition by video of Kevin Stone, M.D., no later than **October 15, 2015.**  The parties are meeting and conferring about scheduling and will confer with Dr. Stone's office to schedule his trial deposition at a mutually convenient time upon his return.

     All other dates in this matter shall remain unchanged.

Dated:  August 19, 2015                **HADDAD & SHERWIN, LLP**

                                          /s/ *Julia Sherwin*
                                         JULIA SHERWIN
                                         Attorneys for Plaintiff ARASH AKBARIEH

Dated:   August 19, 2015    **ANGELO, KILDAY & KILDUFF, LLP**

/s/ *Amie McTavish**

AMIE McTAVISH
Attorneys for Defendants CITY OF CHICO, CHICO CHIEF OF POLICE KIRK TROSTLE, OFFICER MICHAEL CALDWELL and
OFFICER JARED CUMBER

*Ms. McTavish provided her consent that this document be electronically filed.

Case No. 2:13-CV-01816-KJM-DAD:    STIPULATION AND ORDER RE: TRIAL VIDEO DEPOSITION OF KEVIN STONE, M.D.    3

1 **ORDER**

2     Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO

3 ORDERED.

4 DATED: August 25, 2015.

5

6 _____
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28