UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH AKBARIEH, Individually, | No. 2:13-cv-01816-KJM-EFB (TEMP) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CITY OF CHICO, a public entity, CHICO CHIEF OF POLICE KIRK TROSTLE, in his individual and official capacities, POLICE OFFICER MICHAEL CALDWELL, POLICE OFFICER JARED CUMBER, individually, and DOES 2 through 10, jointly and severally, | |
| Defendant. | |

On December 10, 2015, during the final pretrial conferences held in this case, the parties requested that a jury pool questionnaire be mailed to potential jurors prior to the trial. ECF Nos. 71, 72. On January 18, 2016, the parties filed their proposed joint jury pool questionnaire as directed by the court in the final pretrial order. ECF No. 72. The court has reviewed the questionnaire and modified it to eliminate duplicative and unnecessary questions. The revised questionnaire is filed as an attachment to this order. If the parties have any objections to this revised form, they must file their objections with the court by the close of business on February 12, 2016.

1   　　　　　IT IS SO ORDERED.

2   DATED:  February 4, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE